**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NARGUESS NOOHI and ROBERT BRYCE STEWART III, individually, and on behalf of other members of the general public similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>THE KRAFT HEINZ COMPANY and KRAFT HEINZ INGREDIENTS CORP.,<br><br>  Defendants. | Case No. 2:19-cv-10658-DSF-SK<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND RESPONSIVE PLEADING** |

Before the Court is the Parties' Stipulation for Leave to File Third Amended Complaint and Responsive Pleading. Having considered the Stipulation, and good cause appearing therefor, the Court grants the Parties' Stipulation and orders as follows.

Plaintiffs shall file their Third Amended Complaint within seven days of this order. Defendants shall file their responsive pleading to the Third Amended Complaint within 21 days thereafter.

  IT IS SO ORDERED.

 DATED:  February 19, 2021

*[signature: Dale S. Fischer]*

  Honorable Dale S. Fischer
  UNITED STATES DISTRICT JUDGE