1  Todd M. Friedman (216752)
2  Meghan E. George (274525)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard Street, Suite 780
4  Woodland Hills, CA 91367
   Phone: 323-306-4234
5  Fax: 866-633-0228
6  tfriedman@attorneysforconsumers.com
7  mgeorge@attorneysforconsumers.com

8  Reuben D. Nathan, Esq. (208436)
9  NATHAN & ASSOCIATES, APC
   2901 W. Coast Hwy., Suite 200
10 Newport Beach, CA 92663
11 Phone: 949-270-2798
12 rnathan@nathanlawpractice.com

13              IN THE UNITED STATES DISTRICT COURT
14            FOR THE CENTRAL DISTRICT OF CALIFRONIA

15
16 | NARGUESS NOOHI and ROBERT       )  Case No.: 2:19-cv-10658-DSF-SK
   | BRYCE STEWART III, individually,)
17 | and on behalf of other members of)
18 | the general public similarly situated,)  **PLAINTIFF'S AFFIDAVIT OF**
   |                                 )  **VENUE PURSUANT TO**
19 |         Plaintiff,              )  **CONSUMER LEGAL REMEDIES**
   |                                 )  **ACT**
20 |    vs.                          )
21 |                                 )
22 |                                 )
23 | THE KRAFT HEINZ COMPANY          )
   | and KRAFT HEINZ INGREDIENTS     )
24 | CORP.,                          )
   |                                 )
25 |                                 )
   |         Defendants.             )
26 |                                 )
27 |_____)

   I, NARGUESS NOOHI, declare and state as follows:
28

---
                                  - 1
                    **PLAINTIFF'S AFFIDAVIT OF VENUE**

1. I am one of the Plaintiffs in this matter, and specifically have brought a claim for Violations of the Consumer Legal Remedies Act.

2. The defendants to this cause of action, The Kraft Heinz Company and Kraft Heinz Ingredients Corp., were doing business in Los Angeles County California, namely, by making the representations that Plaintiffs relied on when purchasing the items online and in local grocery stores.

3. Many of the transactions which are the subject of the cause of action as set forth in the Third Amended Complaint, occurred in Los Angeles County.

4. I am a citizen and resident of the State of California, Los Angeles County. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __3/2/2021_____, at __Woodland Hills_____, California.

_[signature: Narguess Noohi]_
_____
Narguess Noohi

- 2 -

**PLAINTIFF'S AFFIDAVIT OF VENUE**

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 5, 2021, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: Plaintiff's Affidavit of Venue:

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21550 Oxnard St., Suite 780, Woodland Hills, CA 91367.

Executed on March 5, 2021, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.


By: s/ Todd M. Friedman
        Todd M. Friedman