**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  (312) 222-9350
Facsimile:   (312) 527-0484

Attorneys for Defendants
The Kraft Heinz Company and
Kraft Heinz Ingredients Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARGUESS NOOHI and ROBERT BRYCE STEWART III, individually, and on behalf of all other members of the general public similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE KRAFT HEINZ COMPANY and KRAFT HEINZ INGREDIENTS CORP.,<br><br>　　　　　　　　Defendants. | Case No. 2:19-cv-10658-DSF-SK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE** |

# **ORDER**

Before the Court is the parties' joint stipulation to continue the class certification briefing schedule in light of their upcoming mediation on May 17, 2021.  Having considered the parties' stipulation, and good cause appearing therefor, the Court GRANTS the parties' stipulation and CONTINUES the class certification briefing schedule as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' deadline to file class certification motion | June 7, 2021 | August 13, 2021 |
| Plaintiffs' deadline to make class certification experts available for depositions | June 30, 2021 | September 1, 2021 |
| Defendants' deadline to file opposition to class certification motion | September 3, 2021 | October 29, 2021 |
| Defendants' deadline to make class certification experts available for depositions | September 30, 2021 | November 26, 2021 |
| Plaintiffs' deadline to file reply in support of motion for class certification | October 16, 2021 | December 17, 2021 |
| Hearing on motion for class certification | November 15, 2021 | January 24, 2022 |

IT IS SO ORDERED.

DATED:  March 31, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE