| | |
|---|---|
| 1 | Todd M. Friedman (SBN 216752) |
| 2 | tfriedman@toddflaw.com |
|   | Adrian R. Bacon (SBN 280332) |
| 3 | abacon@toddflaw.com |
|   | Law Offices of Todd M Friedman, P.C. |
| 4 | 21031 Ventura Blvd, Suite 340 |
|   | Woodland Hills, CA 91364 |
| 5 | Telephone: (323) 306-4234 |
|   | Facsimile: (866) 633-0228 |

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARGUESS NOOHI and ROBERT BRYCE STEWART III, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE KRAFT HEINZ COMPANY and KRAFT HEINZ INGREDIENTS CORP.,<br><br>Defendants | Case No.<br><br>2:19-cv-10658-DSF-SK<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

Plaintiffs Narguess Noohi and Robert Bryce Stewart III ("Plaintiffs") and Defendants The Kraft Heinz Company and Kraft Heinz Ingredients Corp. hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss this action with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members. Each party shall bear its own fees and costs.

Stipulation to Dismiss- 1

Respectfully submitted this 3rd Day of September, 2021,

        **LAW OFFICES OF TODD M. FRIEDMAN P.C**
        By: <u>s/Adrian R. Bacon</u>
        **Adrian R. Bacon Esq.**
        Attorney for Plaintiffs

        By: <u>/s/ Dean N. Panos</u>
        **Dean N. Panos**
        Attorneys for Defendants

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: September 3, 2021   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

        By: <u> s/ Adrian R. Bacon</u>
        Adrian R. Bacon ESQ.
        Attorney for Plaintiff

Filed electronically on this 3rd Day of September, 2021, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 3rd Day of September, 2021.
s/Adrian R. Bacon
ADRIAN R. BACON